# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ROBIN RICHARDS,

    Plaintiff,

vs.                             CASE NO. 6:06-CV-1717-ORL-19DAB

HOME SYSTEMS, INC., d/b/a Roll-A-Way
Storm and Security Shutters,
JANET JACKSON,

    Defendants.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 23, filed January 30, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 23) is **ADOPTED and AFFIRMED.** Plaintiff Robin Richards' Motion for Entry of Final Default Judgment and Against Defendants, Home Systems, Inc. and Janet Jackson (Doc. No. 22, filed January 29, 2007) is **GRANTED.** Final Judgment shall be entered in Plaintiff's favor against Defendants Home Systems, Inc. d/b/a Roll-A-Way Storm and Security Shutters and Defendant Janet Jackson, jointly and severally, in the amount of **$12,120.00** in damages, **$3,780.00** in attorney's fees, and **$470.00** in costs (filing fee and service of process charge) for a total award of **$16,370.00**.

**DONE AND ORDERED** at Orlando, Florida, this   13th   day of February, 2007.

/s/ Patricia C. Fawsett
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record